IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In the Matter of the Petition of | ) | NO. 8:05CV-394 |
| OMAHA PUBLIC POWER DISTRICT, | ) | |
| a public corporation of Omaha, | ) | |
| Nebraska, to acquire a | ) | |
| right-of-way easement across | ) | |
| real estate in Douglas County, | ) | |
| Nebraska, by eminent domain | ) | |
| for the purpose of constructing, | ) | |
| operating and maintaining | ) | |
| power lines for the transmission | ) | |
| and distribution of electricity, | ) | ORDER OF DISMISSAL |
| | ) | |
| OMAHA PUBLIC POWER DISTRICT, | ) | |
| a public corporation, | ) | |
| | ) | |
| Petitioner and Condemnor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, Owner, | ) | |
| | ) | |
| Condemnee. | ) | |

On joint motion of the parties, this action is dismissed with prejudice, and the matter is remanded to the County Court of Douglas County, Nebraska.

Dated: September 29, 2005

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com